WINEGARD COMPANY, Plaintiff–Appellee,

v.

ELECTRONIC CONTROLLED SYSTEMS, INC. (doing business as King Controls), Defendant–Appellant.

No. 2012–1282.

United States Court of Appeals, Federal Circuit.

Nov. 16, 2012.

Robert V.P. Waterman, Jr., Lane & Waterman LLP, of Davenport, IA, argued for plaintiff-appellee. With him on the brief was April A. Marshall.

Randall T. Skaar, Skaar Ulbrich Macari, P.A., of Minnetonka, MN, argued for defendant-appellant. With him on the brief was Scott G. Ulbrich.

DYK, PLAGER, and REYNA, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.